Walter Sornoza

Reg No. 69586-004

FCI Fairton

P.O. Box 420

Fairton, N.J. 08320

RECEIVED
HON. DENIS R. HURLEY
★ JUL 2 6 2016 ★

The Honorable Judge Dennis Hurley

U.S. Courthouse

Federal Plaza, Rm. 100

Central Islip, NY 11722

Re: <u>United States v. Sornoza</u> 2:00-CR-00943

Your Honor,

Greetings and salutations, on May 6, 2016 my attorney Jeremy Gordon filed a motion for a recommendation regarding length of RRC placement.

I am writing this letter asking that you grant this motion due to the fact I realized how important my family is. I grew up around money, yet money is not everything. I realized being there for my children, hugging on them is more important. I left my wife taking care of our business as well my children because I did not want to obey the terms of my supervise release.

I ask humbly that you consider this motion and grant it. So I can be able to take responsibility for my actions and my family.

I thank you in advance for your assistance in this matter.

Respectfully Yours,

*Walter Sornoza*

Walter Sornoza

WALTER SORNOZA 69586-004
P.O Box 420
FAIRTON NJ 08320

69586-004
Judge Hurley
Federal Plaza Rm 100
U S District Court
Central Islip, NY 11722
United States

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. 18 JUL 2016 PM 5 L

JUL 20 2016

LONG ISLAND OFFICE

SOUTH JERSEY NJ 080

JUL 20 2016
LONG ISLAND OFFICE

USMS

11724469