

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR
F. #

*610 Federal Plaza*
*Central Islip, New York 11722*

July 27, 2016

<u>By ECF with Courtesy Copy by Interoffice Mail</u>

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Walter Sornoza
              <u>Criminal Docket No. 00-943 (DRH)</u>

Dear Judge Hurley:

      The government writes in response to the above referenced defendant's May 6, 2016 request for a recommendation regarding placement and duration of stay at a Residential Re-entry Center as part of his sentence. The government has no objection to the Court making the requested recommendation on the defendant's behalf.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/ Charles N. Rose
      Charles N. Rose
      Assistant U.S. Attorney
      (631) 715-7844

Cc:    Jeremy Gordon, Esq. (by ECF)